1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL OSUNA, | Case No. CV 17-8862 PA (AGRx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, et al., | |
| Defendants. | |

In accordance with the Court's April 26, 2018 minute order dismissing without leave to amend the federal claim asserted by plaintiff Daniel Osuna ("Plaintiff") against defendant Paragon Systems, Inc. ("Defendant"), and the Court's May 3, 2018 minute order declining to exercise supplemental jurisdiction over Plaintiff's remaining state-law claim,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's federal claim is dismissed with prejudice and Plaintiff's remaining state-law claim is dismissed without prejudice.

1      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take

2  nothing on its federal claim and that Defendant shall have its costs of suit.

3  DATED: May 3, 2018

4                                            Percy Anderson

5                               UNITED STATES DISTRICT JUDGE